IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

<u>James Adams # 108831</u>
Full name and prison number
of plaintiff(s)

v.

<u>Asst. Warden Carter Davenport</u>
<u>Patrice Green</u>
<u>Tyrone Barrows</u>
_____
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06CV988-ID
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES ( ✓ )  NO (   )

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES ( ✓ )  NO (   )

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below.  (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) <u>James Adams</u>

         Defendant(s) <u>Warden G. Mosley, Tyrone Barrows</u>

      2. Court (if federal court, name the district; if
         state court, name the county) <u>Montgomery County Circuit Court</u>

3. Docket number CV-2006-1747

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Pending

6. Approximate date of filing lawsuit June 2006

7. Approximate date of disposition pending

II. PLACE OF PRESENT CONFINEMENT Easterling

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Easterling

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS

1. Asst Warden Carter Davenport   200 Wallace dr Clio, AL 36017
2. Tyrone Barrows                 200 Wallace dr Clio, AL
3. Latrice Green                  200 Wallace dr Clio, AL
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Jan 20, 05 Untill present

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Defendents violated plaintiffs 8th and 14th Amendment right by placing and leaving False information in his File.

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On or Around January 24, 2006 defendant caused a false charge to be placed in his file on escape from prison in Florida plaintiff has proven this information to be false yet the defendant refuse to remove the information.

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

$50,000.00 Against Each Defendant and an Order directing them to Remove the False information From his File.

x JaMes ADAMs
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  October 25, 2006 .
(Date)

x JaMes ADAMs
Signature of plaintiff(s)

4