IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 NOV -1  A 11: 00   2:06cv988-ID
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

I, **JAMES ADAMS**, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )  NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   YES ( )  NO (✓)
   B. Rent payments, interest, or dividends?   YES ( )  NO (✓)
   C. Pensions, annuities, or life insurance payments?   YES ( )  NO (✓)
   D. Gifts or inheritances?   YES ( )  NO (✓)
   E. Any other sources?   YES ( )  NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months. _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Oct 23, 2006
                  (date)

_James Adams_
Signature of Affiant

CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ .01 on account to his credit at the __Easterling__ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

See Attached

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _____   on the 1st day of _____
2. $ _____   on the 1st day of _____
3. $ _____   on the 1st day of _____
4. $ _____   on the 1st day of _____
5. $ _____   on the 1st day of _____
6. $ _____   on the 1st day of _____

_Ms. Faulk Acc 7 Clerk_
Authorized Officer of Institution

DATE  10/24/06

```
OCT. 24, 2006              USER: SARA P FAULK                    INMADB
                      COMPUTE AVERAGE DAILY BALANCE




            ENTER THE INMATE'S AIS NUMBER ===>    108239

        ENTER THE 'AS OF' DATE (CCYYMMDD) ===>    20061024


              NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                       PRESS ENTER TO CONTINUE
```