**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

one Barrows
terling Correctional Facility
Wallace Drive
, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 11/06/06
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

06cv988
cmp + pro ord

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 4254

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

trice Green
sterling Correctional Facility
0 Wallace Drive
io, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 11/06/06
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

06cv988
06-cmp

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 4261

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Carter F. Davenport, Asst Warden
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery 11/06/06
D. Is delivery address different from item 1? ☐ Yes  ☐ No
enter delivery address below:

06cv988
cmp + pro ord

Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 4278

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540