12-06-06

To whom it my concern
This James Adams and I writen to
let you all now that this is my address
that I am at now and it is 1401 Hwy
20 West Decatur, Al 35601 And my Case
number is 2:06-CV-988-ID and could
you all tell me what is the statues
on Case # 2:06 cv 591-MHT Civil
Action could you all right me back
and let me now the statue on that
one thank you very much