**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Adams v. Davenport et al

Case Number:   2:06-cv-00988-ID

Referenced Pleading:   MOTION for disposition of case  - Doc. 11

This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.

IN The United States District Court
for The Middle District of Alabama

James Adams AIS# 108239

v.

Assistant Warden Carter
Davenport, Et. Al.,
Defendants

2007 APR -3 A 10: 57

CASE NO. 2:06-CV-988-ID-DRB

### Motion for Disposition of Case

Comes Now James Adams, by Pro-SE And without benefit of Counsel, Petition This Honorable Court In The Above-styled Cause for The following Thereof:

1. On January 3, 2007 I filed A Opp.stion To Defendants Answer And I'am now writing To see, If There Are Any Hearing being set or Ruling I should have Recieved. I Ask That futher Contact be sent To Mobile Work Center - P.O. Box 13040, Mobile, Alabama 36663.

Respectfully Submitted
JAMES ADAMS

SCANNED

Certificate of Service

I filed on This __2__ day of __April__ 2007, A Motion for Disposition of Case In The Above-named Court, And I have served A Copy of The foregoing To The Parties Listed Below, by Placing It In The United states Postal service.

JAMES ADAMS
Mobile Work Center
P.O. Box 13040
Mobile, Alabama 36663

cc. Assistant Warden Cartel
Easterland Correctional Facility
200 Wallace Drive
Clio, Al. 36017

cc. Office of The Attorney General
11 South Union Street
Montgomery, Alabama 36130

James Adams 108239
Mobile WR
P.O. Box 13040
Eight Mile, AL 36663

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

MOBILE AL 366
02 APR 2007 PM 2 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711



MARCH
KIDNEY M
GIVE TO THE N
KIDNEY FOUN