IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES ADAMS, #108 239 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-988-ID |
| ASST. WARDEN CARTER DAVENPORT, *et al.*, | * | |
| | * | |
| Defendants. | | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Disposition, construed as a Motion for Status, and for good cause, it is

ORDERED that the Motion for Status (Doc. No. 11) is GRANTED. Plaintiff is advised that this case is pending on his complaint, Defendants' written report, and Plaintiff's opposition. No additional pleadings are necessary to a determination of the issues presented herein, and Plaintiff will be informed of any action undertaken by the court on his complaint.

Plaintiff is further advised that the instant action is pending on the undersigned's docket along with numerous other actions filed both before and after the present complaint was filed. The court notes that this matter is ready for review and a decision shall be rendered within due course as the court's schedule permits.

Done, this 5th day of April 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE