JAMES ADAMS
2423 BELTLINE North
Pritchard, AL. 36610

# 108239

06-988-ID

MOBILE AL 366
05 JUL 2007 PM 1 T

DEBRA P. HACKETT, Clerk
P.O. Box 711
Mont. AL. 36101-0711

36101+0711