IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES ADAMS, AIS 108239,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:06-CV-988-ID-DRB |
| **ASSISTANT WARDEN CARTER** | ) | |
| **DAVENPORT, ET AL.,** | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, *Latrice Green, Carter Davenport, and Tyrone Barrow*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  XX This party is an individual, or

  XX This party is a governmental entity (in official capacities), or

    There are no entities to be reported, or

    The following entities and their relationship to the party are hereby reported:

Reportable Entity         Relationship to Party

_____ _____

_____ _____

_____ _____

Respectfully submitted,

TROY KING
Attorney General


/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General


ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax
balbritton@ago.state.al.us


## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 18th day of January, 2008, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James Adams, AIS 108239
Mobile Work Release
2423 Beltline North
Prichard, AL 36610

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General